1  **ADLESON, HESS & KELLY, APC**
   RANDY M. HESS (Bar No. 88635)
2  NICOLE S. HESS (Bar No. 286632)
   577 Salmar Avenue, 2nd Floor
3  Campbell, CA 95008
   Telephone: (408) 341-0234
4  Facsimile: (408) 341-0250

5  Attorneys for Plaintiff
   TWIN PINES COOPERATIVE COMMUNITY, INC.

7  **SEDGWICK LLP**
   BRUCE D. CELEBREZZE Bar No. 102181
8  bruce.celebrezze@sedgwicklaw.com
   MATTHEW C. LOVELL No. 189728
9  matthew.lovell@sedgwicklaw.com
   BENJAMIN E. SHIFTAN Bar No. 265767
10 benjamin.shiftan@sedgwicklaw.com
   333 Bush Street, 30th Floor
11 San Francisco, CA 94101-2834
   Telephone: (415) 781-7900
12 Facsimile: (415) 781-2635

13 Attorneys for Defendant
   TRAVELERS PROPERTY CASUALTY
14 COMPANY OF AMERICA

**IT IS SO ORDERED**
Judge Edward J. Davila
3/13/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWIN PINES COOPERATIVE COMMUNITY, INC., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a stock company, and DOES 1 to 50, inclusive, <br><br> Defendants. | Case No. 5:13-cv-05283 EJD <br><br> **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Twin Pines Cooperative Community, Inc., on the one hand, and defendant Travelers Property Casualty Company of

America, on the other hand, by and through their respective attorneys of record, that the entire action is dismissed, with prejudice, each party to bear its own attorneys' fees and costs. The Clerk shall close this file.

DATED: March 12, 2014        ADLESON, HESS & KELLY, APC

By: _____
Randy M. Hess
Nicole S. Hess
Attorneys for Plaintiff TWIN PINES COOPERATIVE COMMUNITY, INC.

DATED: March 12, 2014        SEDGWICK LLP

By: _____
Bruce D. Celebrezze
Matthew C. Lovell
Benjamin E. Shiftan
Attorneys for Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

-1-
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE